1

2                 IN THE UNITED STATES DISTRICT COURT

3             FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6   WILLIAM O. ROBINSON,

7           Plaintiff,                    CV F 07 1187 LJO WMW PC

8       vs.                               ORDER TO SHOW CAUSE

9

10  M. ZOHER, et al.,

11          DefendanSt.

12

13

14          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

15  U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

16  U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28

17  U.S.C. § 1915(a).

18          Plaintiff, an inmate in the custody of the California Department of Corrections

19  and Rehabilitation at Corcoran State Prison, brings this civil rights action against defendant

20  correctional officials employed by the CDCR at Corcoran State Prison.   Plaintiff claims that the

21  treatment he received for an injury on September 6, 2006, was inadequate.

22          The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner

23  bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while

24  incarcerated or detained in a facility, brought an action or appeal in a court of the United States

25  that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon

26

1

1   which relief may be granted, unless the prisoner is under imminent danger of serious injury."

2   This plaintiff has, on 3 prior occasions, brought civil actions challenging the

3   conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state

4   a claim upon which relief can be granted.  Robinson v. Garcia,, CV F 05 1034 OWW SMS PC;

5   Robinson v. Joh Doe II, CV F 05 1054 OWW LJO PC; Robinson v. Scribner, CV F  05 1548

6   OWW LJO PC.   Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges

7   facts indicating that he is in imminent danger of serious physical injury.  Plaintiff alleges no such

8   facts in this case.

9   Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why

10   his in forma pauperis status should not be revoked and Plaintiff be directed to pay the filing fee

11   in full.

12

13   IT IS SO ORDERED.

**Dated:    July 16, 2008**            **/s/  William M. Wunderlich**
14                                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

2