IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM O. ROBINSION,

        Plaintiff,                1: 07 CV 1187 LJO WMW PC

   vs.                            ORDER

DR. ZOHER, et al.,

        Defendants.

     On October 24, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. Plaintiff filed objections to the findings and recommendations. On November 12, 2008, Plaintiff filed objections to the findings and recommendations. The recommendation was based upon Plaintiff's failure to keep the court informed regarding his current address. Plaintiff has shown good cause why this action should not be dismissed on that ground.

     Accordingly, IT IS HEREBY ORDERED that the October 24, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   December 9, 2008**                  **/s/ William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE

1